UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A. WEBSTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. J. Look,<br><br>　　　　　　Defendant. | No.  2:22-cv-01010 DB P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  February 5, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
webs1010.36amc