UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A. WEBSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. J. LOOK,<br><br>    Defendants. | No. 2:22-cv-1010 DB P<br><br><br>ORDER |

Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of December 23, 2022. Good cause appearing, this request will be granted. However, no further extension of time will be granted absent good cause shown for extraordinary circumstances. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: March 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
webs1010.36sec.eot