UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A. WEBSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.J. LOOK, Sergeant,<br><br>　　　　　Defendant. | No. 2:22-cv-01010 DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a first amended civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 13.) Plaintiff did not, however, sign his first amended complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's first amended complaint unless he re-files a signed version.

　　　　Accordingly, plaintiff is provided an opportunity to re-file his first amended complaint bearing his signatures. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
2 date of this order, plaintiff shall re-file a signed first amended complaint. Plaintiff's failure to
3 comply with this order will result in a recommendation that this action be dismissed.

4 Dated: April 7, 2023

6 DLB7
  webs1010.r11.1983

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE