UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE A. WEBSTER,<br><br>          Plaintiff,<br><br>     v.<br><br>J. J. LOOK, et al.,<br><br>          Defendants. | No.  2:22-cv-01010 DB P<br><br><br>ORDER |

     Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges defendant, Sgt. Look, was deliberately indifferent to his health and safety in relation to the risks associated with COVID-19 and plaintiff's housing placement. On September 12, 2023, defendant filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendant's motion.

     While reviewing this matter, the court has determined that plaintiff's correct name is Webster Lee. Although the typed caption of plaintiff's pleadings indicated plaintiff's name is Lee A. Webster, the court notes plaintiff has signed his pleadings as Webster Lee. In addition, the name associated with plaintiff's CDCR number is Webster Lee. The docket will be updated accordingly. Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk of the Court is directed to update the docket to reflect plaintiff's correct name as the following: Webster Lee.

////

2. Defendant's motion to opt out (ECF No. 23) is granted and the stay of this action is lifted.

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated:  September 18, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
webs1010.optout.post.waiver

2