UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. J. LOOK,<br><br>    Defendant. | No. 2:22-cv-01010 DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to defendant's motion to dismiss the first amended complaint. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 27) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: December 11, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7

1

lee1010.36opp