1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WEBSTER LEE,                              No.  2:22-cv-01010 WBS DB P

12                   Plaintiff,

13         v.                                   ORDER

14    J.J. LOOK,

15                   Defendant.

16

17

18         Plaintiff has requested an extension of time to file objections to the court's April 29, 2024,

19    findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED as follows:

20         1.  Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

21         2.  Plaintiff is granted an extension of time of 21 days from the date of this order in which

22    to file objections to the findings and recommendations (ECF No. 33).

23              Dated:  May 22, 2024

24
      Dated:  May 22, 2024
25

26                                              _____
      DLB7                                      DEBORAH BARNES
27    lee1010.36obj                             UNITED STATES MAGISTRATE JUDGE

28