UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER LEE,<br><br>             Plaintiff,<br><br>     v.<br><br>J. J. LOOK,<br><br>             Defendant. | No.  2:22-cv-1010 WBS DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff filed objections to the findings and recommendations and defendant filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 33) are adopted in full;

2. Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 26) is granted on the ground that plaintiff failed to exhaust available administrative remedies; and

3. The Clerk of the Court shall enter judgment in favor of the defendant and close this action.

Dated: July 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

lee1010.805